THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HOWARD DU BOIS, Defendant, and HARRY DUIGNAN, Appellant.

(Submitted April 25, 1932; decided May 3, 1932.)

*Henry J. Walsh* for motion.
*John J. O'Brien* opposed.

Certificate allowing appeal vacated, motion to dismiss appeal granted and appeal dismissed.